


UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) <br> ) <br> JAN AHDOUT, ) <br> ) <br> ) <br> ) <br> Debtor(s). ) <br> ) <br> ) <br> HIGHLANDS INSURANCE COMPANY, ) <br> a Texas Corporation, ) <br> ) <br> ) <br> Plaintiff(s), ) <br> vs. ) <br> ) <br> JAN AHDOUT, ) <br> ) <br> ) <br> Defendant(s). ) <br> ) | Case No. LA 03-36799BR <br> Adv. No. AD 04-01236BR <br><br> CHAPTER 7 <br><br><br> ORDER RE SANCTIONS <br><br><br><br> Date: MARCH 29, 2004 <br> Time: 2:00 P.M. <br> Place: Courtroom 1668 |

A status conference regarding "Complaint to Determine Non-Dischargeability of Debt" filed on January 20, 2004 was heard before this Court on March 29, 2004, at which time, a joint status report had not been timely filed pursuant to Local Rule 7016-1.

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7016-1, failure to comply with Rule 7016-1 may result in sanctions. No adequate excuse was offered for the failure to comply with Rule 7016-1 and this Court's order.

IT IS HEREBY ORDERED that sanctions are imposed upon William R. Moore, attorney for plaintiff, and V. Allan Khoshbin, attorney for defendant, in the amount of $200.00, payable to the U.S. Bankruptcy Court, Clerk of Court, General Fund Account, within two weeks from the entry of this order.

IT IS SO ORDERED.

Dated: 4/9/04 .

_____
BARRY RUSSELL
U.S. BANKRUPTCY JUDGE

## Certificate of Service

I certify that a copy of this ORDER was mailed to the below-named parties on ___4/9/04___.

OFFICE OF U.S. TRUSTEE
725 SOUTH FIGUEROA STREET
26TH FLOOR
LOS ANGELES, CA 90017


LAW OFFICES OF V. ALLAN KHOSHBIN
V. ALLAN KHOSHBIN, ESQ.
12400 WILSHIRE BLVD
STE 1265
LOS ANGELES, CA 90025

WILLIAM R. MOORE, ESQ.
WIEZOREK & RICE
3700 SANTA FE AVE STE 300
LONG BEACH, CA 90810

DATE: 4/9/04                            _____
                                        DEPUTY CLERK