


UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAN AHDOUT<br><br>               Debtor.<br><br>HIGHLANDS INSURANCE COMPANY<br><br>               Plaintiff,<br>VS<br><br>JAN AHDOUT<br>               Defendant. | BK. NO. LA03-36799BR<br>ADV. 04-01236BR<br><br>CH. 7<br><br>ORDER DENYING MOTION<br>TO DISMISS ADVERSARY<br>PROCEEDING AND ORDER RE<br>SANCTIONS<br><br>DATE: MARCH 29, 2004<br>TIME: 2:00 P.M.<br>COURTROOM: 1668 |

This matter is before the Court on the Defendant's "Motion to Dismiss Pursuant to Federal Rules of Civil Procedure, Rule 12(b)(2), Lack of Personal Jurisdiction."

The hearing was held on March 29, 2004 at 2:00 p.m. at which time I indicated to defendant's counsel that there was no basis in fact or law for his matter and that it was frivolous. Debtor's counsel reply did nothing to lessen the frivolous nature of the motion.

Good cause having not been shown, **IT IS THEREFORE ORDERED** that the defendant's motion to dismiss the adversary proceeding is **DENIED**. I stated on the record my findings regard the frivolous nature of the motion.

**IT IS FURTHER ORDERED** that V. Allan Khoshbin, attorney for defendant, is sanctioned $300 for filing a frivolous motion which resulted is a total waste of opposing

counsel's and the court's time.  V. Allan Khoshbin is ordered to pay this sanction to the U.S. Bankruptcy Court, Clerk of Court, General Fund Account within two weeks from entry of this order.

    IT IS SO ORDERED.

    DATED: 4/12/04

*/s/ Barry Russell*
BARRY RUSSELL
U.S. BANKRUPTCY JUDGE

Certificate of Service

I certify that a copy of this ORDER was mailed to the below-named parties on ___4/13/04___.

OFFICE OF U.S. TRUSTEE
725 SOUTH FIGUEROA STREET
26TH FLOOR
LOS ANGELES, CA 90017


LAW OFFICES OF V. ALLAN KHOSHBIN
V. ALLAN KHOSHBIN, ESQ.
12400 WILSHIRE BLVD
STE 1265
LOS ANGELES, CA 90025

WILLIAM R. MOORE, ESQ.
WIEZOREK & RICE
3700 SANTA FE AVE STE 300
LONG BEACH, CA 90810

DATE: 4/13/04

**DEPUTY CLERK**