LAW OFFICES OF V. ALLAN KHOSHBIN
V. Allan Khoshbin, Esq.
California State Bar No.: 165486
12400 Wilshire Boulevard
Suite 1265
Los Angeles, California 90025

Telephone: (310) 820-2500
Facsimile:  (310) 820-7200

**Defendant: Jan Ahdout**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: JAN AHDOUT,<br><br>                              DEBTOR.<br>_____<br>HIGHLAND INSURANCE COMPANY, a Texas Corporation,<br><br>                              Plaintiff,<br>vs.<br><br>JAN AHDOUT,<br><br>                              Defendant. | BANKRUPTCY CASE NUMBER: **LA 03-36799{BR}**<br><br>ADVERSARY CASE NUMBER: 07 AD04-01236<br><br>**OBJECTIONS TO DECLARATION OF ATTORNEY JOHN MICKUS**<br><br>Trial Date:    January 25, 2005<br>Courtroom:   1668<br>Judge:          Hon. Barry Russell |

**COMES NOW,** debtor JAN AHDOUT, and objects to the declaration of attorney JOHN MICKUS, as follows:

OBJECTION 1:

Paragraph 2, of Mr. Mickus' declaration, at page 2, lines 3 through 5 as follows:

> Jan Ahdout's taking of Conservatorship funds
> through unauthorized "loans" was not simply
> negligence; it was an intentional act done

1

OBJECTIONS TO DECLARATION OF ATTORNEY JOHN MICKUS

1 | with knowledge that he was not legally
2 | entitled to the money he took.

3 Grounds for Objection and Motion to Strike:

4 (1) The declarant has no personal knowledge of the matters
5 to which he attempts to attest. His declaration here is
6 nothing more than unwarranted, accusation conjecture and
7 supposition.
8 (2) The statements made are also inadmissible hearsay as
9 set forth under **Federal Rules of Evidence, Rule 802**.

10 Irrespective of what plaintiff claims, in order to prevail on a claim under §
11 523(a)(4), the United States Supreme Court requires that the burden of proof is on the
12 party claiming nondischargeability. [See **Grogan vs. Garner [1991]**498 U.S. 279,
13 285; and **Zohlman vs. Zoldan [1998]** 226 B.R. 767.] Plaintiff cannot meet its burden
14 based on accusation, supposition and rank conjecture. Moreover, attorney Mickus
15 cannot by negligence or design create innuendo which is not reflected in the Superior
16 Court's order. Nor may Mr. Mickus supplant his own opinion regarding the actions
17 of debtor Jan Ahdout, that were never reflected by the Superior Court.

18 Dated: November 29, 2004

19
20 LAW OFFICES OF V. ALLAN KHOSHBIN, P.C.
21 Respectfully submitted,
22
23 By _____
V. ALLAN KHOSHBIN, ESQ.
Attorney for Debtor
24 JAN AHDOUT

2

OBJECTIONS TO DECLARATION OF ATTORNEY JOHN MICKUS

# PROOF OF SERVICE
## 1013A(3)CCP

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party of the within action; my business address is Law Offices of V. Allan Khoshbin, 12400 Wilshire Boulevard, Suite 1265, Los Angeles, California 90025.

On **November 30, 2004,** I served the foregoing **OBJECTIONS TO DECLARATION OF ATTORNEY JOHN MICKUS** on the interested parties in this action

[X] by placing true copies thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United Stated mail at Los Angeles, California addressed as follows:

**William R. Moore, Esq.**
**Wiezorek & Rice**
**3700 Santa Fe Ave., Suite 300**
**Long Beach, CA 90810**

[X] I deposited such envelope with postage thereon fully prepaid, in the mail at Los Angeles, California.

[ ] I am readily familiar with this firm's practice for correspondence for mailing. Under that practice it would be deposited with the United State Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] **BY FACSIMILE:** I forwarded a copy of the said document by Facsimile (telecopier) to the party whose name and Facsimile number appears above.

[] **(State)** I declare under penalty of perjury under the laws of the State Of California, that the above is true and correct.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: November 30, 2004

Autumn Asar

---

1

**Proof of Service**