Dennis J. Sinclitico, Esq. (SBN 51953)
Hugh R. Burns, Esq. (SBN 149749)
Sinclitico & Burns, A Professional Law Corporation
330 Golden Shore, Suite 410
Long Beach, California 90802
Ph: (562) 628-1919
Fax: (562) 628-1909

Attorneys for Plaintiff, HIGHLANDS INSURANCE COMPANY

LODGED
05 APR -1 PM 2:38
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
APR - 8 2005
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JAN AHDOUT,<br><br>　　　　　　Debtor, | CASE NO. LA 03-36799 BR<br><br>CHAPTER 7 |
| HIGHLANDS INSURANCE COMPANY,<br>a Texas Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAN AHDOUT,<br><br>　　　　　　Defendant. | Adv. No: AD04-01236<br><br>**[PROPOSED] ORDER FOLLOWING TRIAL**<br><br>ENTERED<br>APR - 8 2005<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA |

The trial of this matter came on for hearing on January 25, 2005, before the Honorable Barry Russell, Judge Presiding. Hugh R. Burns, Esq. of Sinclitico & Burns, A Professional Law Corporation, appeared on behalf of Plaintiff, HIGHLANDS INSURANCE COMPANY, a Texas Corporation. V. Allan Khoshbin, Esq. of the Law Offices of V. Allan Khoshbin, appeared on behalf of Defendant and Debtor, JAN AHDOUT.

After full consideration of the evidence and Points and Authorities submitted by all parties, and the oral argument of counsel, it appears and the Court finds that Plaintiff, HIGHLANDS INSURANCE COMPANY, a Texas Corporation, has shown by admissible

evidence and reasonable inferences therefrom and not contradicted by other evidence and inferences, that the Judgment entered against Defendant and Debtor, JAN AHDOUT, in favor of Plaintiff, HIGHLAND INSURANCE COMPANY, a Texas Corporation, in the sum of $178,877.64 is not a dischargeable debt under 11 USC, Section 523(a)(4).

Attached hereto as Exhibit "A" is a copy of the separate Judgment on Stipulation for Entry of Judgment. The Court has stated its basis in fact and law on the record with respect to its conclusion.

IT IS, THEREFORE, **ORDERED** that the Judgment entered against Defendant, JAN AHDOUT, and in favor of Plaintiff, **HIGHLANDS INSURANCE COMPANY**, a Texas Corporation, in the sum of $178,877.64 is a non-dischargeable debt under 11 USC, Section 523(a)(4).

IT IS SO ORDERED.

DATED: 4/8/05

_____
HONORABLE JUDGE BARRY RUSSELL

APPROVED AS TO FORM AND CONTENT.

DATED: 3/11/05

_____
V. ALLAN KHOSHBIN
Attorney for Defendant and Debtor,
JAN AHDOUT

2                                    Order Following Trial

1  WILLIAM R. MOORE (SBN 109662)
   WIEZOREK, RICE & LOVELACE, LLP
2  3700 Santa Fe Avenue, Suite 300
   Long Beach, CA 90810
3  [Alternate Address: POB 2190, Long Beach 90801-2190]
   Tel: 310/834-5028; Fax: 310/834-8018
4

5  Attorneys for Plaintiff Highlands Insurance Company

RECEIVED
1 7 2003

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, NORTHWEST DISTRICT

| | |
|---|---|
| HIGHLANDS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JAN AHDOUT, as an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. LC 055720<br><br>**SEPARATE JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT**<br><br>Date : January 14, 2003<br>Time : 8:30 a.m.<br>Dept. : NW "M"<br>Judge : Hon. Michael Harwin |

In the above entitled cause, plaintiff Highlands Insurance Company and defendant Jan Ahdout having stipulated in writing and through their respective counsel, that judgment be enter against defendant Jan Ahdout and in favor of plaintiff Highlands Insurance Company in the sum of $178,877.64. The respective parties shall each bear their own costs.

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that judgment be entered against defendant Jan Ahdout and in favor of plaintiff Highlands Insurance Company in the sum

///
///
///

EXHIBIT "A"

1
SEPARATE JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT

1  of $173,877.64. The respective parties will each bear their own costs. The parties request that
2  court retain jurisdiction over them to enforce the terms of this settlement.
3
4  Approved as to form and content
5
6  DATED: January 15, 2003

By: _____
STEVEN M. NEIMAND
Attorney for Defendant Jan Ahdout

10  Dated: JAN 9 4 2003, 2003

_____
MICHAEL B. HARWIN

Judge of the Superior Court

---

2
SEPARATE JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA  )
  )
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 330 Golden Shore, Suite 410, Long Beach, California 90802.

On March 31, 2005, I served the foregoing document described as: [PROPOSED] ORDER FOLLOWING TRIAL on the interested parties in this action as follows:

V. Allan Khoshbin
12400 Wilshire Boulevard, Suite 1265
Los Angeles CA 90025

A true and correct copy of the above-stated document was enclosed in a sealed envelope, addressed to each of the above, with postage thereon fully prepaid, and deposited in the United States Mail.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Long Beach, California, in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 31st day of March 2005, at Long Beach, California.

Pamela R. Meacham